# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD KING,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TAMPKIN, Warden, CRC,<br><br>　　　　Respondent. | Case No. CV 12-9175 GAF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 15, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE