# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD KING, | Case No. CV 12-9175 GAF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TAMPKIN, Warden, CRC, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 15, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE